IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHAD ALLEN BEERS, | ) | 8:98CV470 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRANK HOPKINS, HOWARD CLARK, JOHN CHERRY, Dr., TERESA PREDMORE, JO GRAY, MARK THOMPSON, and ROBERT MADSEN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on correspondence addressed to the clerk of the court (Filing No. 123) from Plaintiff Chad Beers. This correspondence states, in relevant part:

> My belief is that this court will either notify me of whether or not I can file a rule 60 motion with this case or construe this letter to be a pleading and label it or recharacterize it as the pleading I need to get this process started.

(Filing No. 123 at CM/ECF p. 2.)

The clerk of the court cannot provide legal advice to Beers and, therefore, cannot advise him regarding whether he can or should file a motion seeking relief from judgment in this case. To the extent Beers seeks relief from this court's judgment, he should file a motion with the court setting forth the grounds for relief.

IT IS THEREFORE ORDERED that: The court will take no further action on Beers's correspondence to the clerk of the court (Filing No. 123). To the extent Beers

seeks relief from this court's judgment, he should file a motion with the court setting forth the grounds for relief.

DATED this 20th day of January, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge